BK1013509
SRD

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-63370 |
| Chenoah Ann Harris | Chapter 7 |
| | Judge Caldwell |
| Debtor | |
| | **Trustee's Abandonment of Property 1282 CARLETON STREET SYRACUSE, OH 45779** |

On request of the secured creditor, U.S. Bank, N.A. for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset that is of inconsequential value to the estate; to wit:

FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED HERETO.

/s/ David M. Whittaker, Trustee

CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE / NO OBJECTION

      This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice requests have been filed before the conclusion of the 341 meeting, or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

/s/ Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Amy D. Vogel, Esq.
Bar Registration No. 0075169
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
sohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, U.S. Bank, N.A., was electronically transmitted on or about February 23, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Adam R Salisbury, Esq.
414 Second Ave.
PO Box 435
Gallipolis, OH 45631
adam.salisbury@att.net

David M. Whittaker, Trustee
100 South Third Street
Columbus, OH 43215
dwhittaker@bricker.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, U.S. Bank, N.A., was transmitted on or about February 23, 2011 via regular U.S. mail, postage pre-paid:

Chenoah Ann Harris
PO Box 158
Syracuse, OH 45779

/s/ Steven H Patterson , Case Attorney